**BRYAN CAVE LLP**
C. Scott Greene, California Bar No. 277445
Sean D. Muntz, California Bar No. 223549
John C. Hedger, California Bar No. 230814
333 Market Street, Suite 2500
San Francisco, CA 94105
Telephone:  (415) 675-3400
Facsimile:   (415) 675-3434
Email:   scott.greene@bryancave.com
             sean.muntz@bryancave.com
             hedgerj@bryancave.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.[1] (for itself and as the acquirer of certain assets and liabilities of WASHINGTON MUTUAL BANK (erroneously sued as "Washington Mutual, Inc.)); (erroneously sued as "JP Morgan Chase")

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER S. BROOKS, In Pro Per<br><br>   Plaintiff,<br><br>   v.<br><br>WASHINGTON MUTUAL, INC., a Washington corporation; JP Morgan Chase and DOES 1-200, inclusive,<br><br>   Defendants. | Case No. 12-CV-0765<br><br>**STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:  December 8, 2011<br>Complaint Served: January 18, 2012<br>Trial Date:   Not Assigned |

---

[1] JPMorgan Chase Bank, N.A. is a wholly owned subsidiary of J.P. MORGAN CHASE & COMPANY, which was improperly named as a defendant in this matter. All references to "Chase" or "Bank" throughout this document and hereafter shall mean JPMorgan Chase Bank, N.A.

SF01DOCS\88892.2

STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE

1  WHEREAS, this action ("Complaint") was filed on December 8, 2011 in Sonoma County Superior Court; and

3  WHEREAS, the Complaint was served on JP Morgan Chase Bank, N.A. ("Defendant") through a signed Notice of Acknowledgement on January 18, 2012; and

5  WHEREAS, the Defendant removed the action to this Court on February 17, 2012; and

6  WHEREAS, the case has been assigned to Judge Alsup; and

7  WHEREAS, a case management conference was set for June 21, 2012; and

8  WHEREAS, Plaintiff had surgery on his knee performed on Monday, June 18;

9  WHEREAS, Plaintiff does not expect to be able to drive from Windsor, CA to the courthouse for at least three weeks after surgery;

11  WHEREAS, Defendant does not object to accommodating Plaintiff's surgery; and

12  WHEREAS, the clerk just sent notice of setting the case management conference for 11:45 a.m. on June 20, 2012:

14  NOW, THEREFORE, the undersigned parties stipulate as follows:

15  1.  The case management conference set for June 21, 2012 shall be continued to July 12, 2012 or a date thereafter decided by the Court.

17  This stipulation may be executed in counterparts, including by signature by facsimile or electronically.

Dated:  June 18, 2012                **BRYAN CAVE LLP**

By:  ____/s/ *John C. Hedger*____
John C. Hedger
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A. (for itself and as the acquirer of certain assets and liabilities of WASHINGTON MUTUAL BANK (erroneously sued as "Washington Mutual, Inc.")); (erroneously sued as "JP Morgan Chase")

Dated:  June 18, 2012

By:  ____/s/ *Peter S. Brooks*____
Peter S. Brooks, in pro per

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, John C. Hedger, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 14, 2012, at San Francisco, California.

_____/S/ John C. Hedger_____
John C. Hedger

ORDER OF THE COURT

The Court, having reviewed the stipulation of the parties:

Finds good cause to continue the case management conference of June 20, 2012. The case management conference shall be continued to July 12, 2012, at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: June 19, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE