IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER S. BROOKS,<br><br>    Plaintiff,<br><br>  v.<br><br>WASHINGTON MUTUAL, INC., a Washington corporation, and JP MORGAN CHASE,<br><br>    Defendants.<br>                                                / | No. C 12-00765 WHA<br><br>**ORDER RE UPCOMING CASE MANAGEMENT CONFERENCE** |

At the case management conference scheduled for July 12, 2012, plaintiff Peter S. Brooks must provide a clear answer to the question that the Court has asked as to what he intends to be his operative complaint. (The CMC is currently scheduled for 11 a.m. but may need to be rescheduled to the afternoon. If there is a need to reschedule, all parties will be notified.) The initial complaint was filed in state court on December 8, 2011. The action was removed to federal court on February 16, 2012. Defendant JP Morgan Chase Bank, N.A. (erroneously named as JP Morgan Chase, for itself and as the acquirer of certain assets and liabilities of Washington Mutual Bank, erroneously sued as "Washington Mutual, Inc.) responded by filing a motion to dismiss on March 23. Plaintiff then filed a document titled "Answer Second Amended Complaint for Restitution, Equitable Relief, Civil Penalties and Motion to Vacate Defendant Request for Demurer" (Dkt. No. 20).

To clarify whether this was intended as an amended pleading (as opposed to a brief in defense of the original complaint), the Court sent out an order requesting clarification and

postponed the hearing on the motion to dismiss. In response to the Court's order for clarification, plaintiff filed the following: (1) a notice of pendency of action; (2) a letter dated April 27, 2012, with attachment titled, "Marin Land Trust," and (3) a document titled, "Motion to Strike in Support of Complaint and in Response to Defendants Demurre [sic]." But plaintiff did not state what he intends to be his operative pleading, so we are still in the dark. The parties must be prepared to address this issue at the upcoming CMC.

**IT IS SO ORDERED.**

Dated: June 20, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE