IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETER S. BROOKS,

    Plaintiff,

  v.

WASHINGTON MUTUAL, INC.,
a Washington corporation, and JP
MORGAN CHASE,

    Defendant.
                                 /

No. C 12-00765 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court **CONTINUES** the case management conference to **AUGUST 23, 2012, AT 11:00 A.M.** due to plaintiff's knee surgery. Please file a joint case management statement no later than seven days prior.

    **PLEASE NOTE THAT THERE WILL BE NO FURTHER CONTINUANCES.**

    **IT IS SO ORDERED.**

Dated: July 10, 2012.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE