1
2
3
4
5
6                          IN THE UNITED STATES DISTRICT COURT

7                         FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10    PETER S. BROOKS,

11              Plaintiff,                        No. C 12-00765 WHA

12        v.

13    WASHINGTON MUTUAL, INC.,            **ORDER CONTINUING CASE**
      a Washington corporation, and JP    **MANAGEMENT CONFERENCE**
14    MORGAN CHASE,

15              Defendant.
16    _____/

17        The Court **CONTINUES** the case management conference to **AUGUST 23, 2012, AT**

18    **11:00 A.M.** due to plaintiff's knee surgery.  Please file a joint case management statement no

19    later than seven days prior.

20        **PLEASE NOTE THAT THERE WILL BE NO FURTHER CONTINUANCES.**

21

22        **IT IS SO ORDERED.**

23

24    Dated:  July 10, 2012.                    _____
                                                WILLIAM ALSUP
25                                              UNITED STATES DISTRICT JUDGE
26
27
28

*United States District Court*
For the Northern District of California