IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETER S. BROOKS,

    Plaintiff,

v.

WASHINGTON MUTUAL, INC., a Washington corporation, JP MORGAN CHASE, and DOES 1–200, inclusive,

    Defendants.

No. C 12-00765 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    Based on the statement of plaintiff concerning his health, the case management conference set for tomorrow, September 27, 2012, at 11:00 a.m., is hereby **CONTINUED** to **NOVEMBER 15, 2012, AT 11:00 A.M.** If any further continuance is to be requested, it must be made at least one week in advance and supported by a signed doctor's certificate.

    **IT IS SO ORDERED.**

Dated: September 26, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE