IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETER S. BROOKS,

    Plaintiff,

  v.

WASHINGTON MUTUAL, INC., a Washington corporation, JP MORGAN CHASE, and DOES 1–200, inclusive,

    Defendants.
                                     /

No. C 12-00765 WHA

**ORDER RE RECENT SUBMISSIONS AND UPCOMING CASE MANAGEMENT CONFERENCE**

It now seems apparent that Mr. Brooks requested more time than was actually needed for any recovery, even assuming the truth of his statement about having had a mini-stroke. Nonetheless, the case management conference will not be advanced and will remain on calendar for November 15, 2012.

In the meantime, both sides are entitled to take a one-hour deposition of the declarants (Mr. Brooks, Ms. Dawon, and Mr. Hedger) as well as the treating physician, Dr. McCalla. Each deposition is limited to one hour and limited in scope to the circumstances at issue. The merits of the underlying case will be addressed in later depositions. Nothing in this order requires any party to take a deposition; a party is required, however, to sit for a deposition at the other side's request.

The results of the declarations submitted to the Court and of any depositions will be discussed at the case management conference.

**IT IS SO ORDERED.**

Dated: October 15, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE