IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETER S. BROOKS,

    Plaintiff,

  v.

WASHINGTON MUTUAL, INC., a Washington corporation, JP MORGAN CHASE, and DOES 1–200, inclusive,

    Defendants.

No. C 12-00765 WHA

**ORDER CONTINUING HEARING DATE ON DEFENDANT'S MOTION TO DISMISS TO NOVEMBER 15, 2012**

In the interest of efficiency, the hearing on defendant's motion to dismiss plaintiff's amended complaint (Dkt. No. 55), currently set for November 8, 2012, is hereby rescheduled for **8 A.M. ON NOVEMBER 15, 2011.** All previous deadlines remain in place, including the deadline to file an opposition or statement of non-opposition to defendant's motion.

The case management conference, currently scheduled for November 15, 2011, shall remain in place.

**IT IS SO ORDERED.**

Dated: October 23, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE