IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETER S. BROOKS,

    Plaintiff,

v.

WASHINGTON MUTUAL BANK;
JPMORGAN CHASE BANK, N.A.;
and DOES 1–200, inclusive,

    Defendants.

No. C 12-00765 WHA

**ORDER DISCHARGING PARTIES FROM SHOWING CAUSE**

    The Court is tentatively of the view that plaintiff has misrepresented to the Court the amount of recovery time recommended by his doctor, which resulted in the continuance of this action's case management conference, in addition to the veracity of purported "evidence" appended to plaintiff's pleadings.  It is unnecessary, however, for the Court to reduce these suspicions to a final finding.  Both plaintiff and defendant are discharged in light of the ultimate disposition and dismissal of the case.

**IT IS SO ORDERED.**

Dated:  November 15, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE