IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETER S. BROOKS,

    Plaintiff,

v.

WASHINGTON MUTUAL BANK;
JPMORGAN CHASE BANK, N.A.;
and DOES 1–200, inclusive,

    Defendants.

No. C 12-00765 WHA

**ORDER DENYING PLAINTIFF'S REQUEST FOR APPOINTMENT OF PRO BONO COUNSEL**

At oral argument, plaintiff requested the Court to appoint pro bono counsel. "In a civil case, appointment of counsel is a privilege and not an absolute right." *See Mallard v. U.S. Dist. Court,* 490 U.S. 296, 305 (1989). Plaintiff has failed to point to any exceptional circumstances sufficient to warrant appointment of counsel. Plaintiff's request is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated: November 15, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE