**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETER S. BROOKS,

    Plaintiff,

v.

WASHINGTON MUTUAL BANK; JPMORGAN CHASE BANK, N.A.; and DOES 1–200, inclusive,

    Defendants.

No. C 12-00765 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant and against plaintiff Brooks. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: November 15, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE